

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
MAR 2 7 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Frank R. Montero
_____
Plaintiff(s)

vs. City of Tulsa, OK.
Tulsa Airport Improvement Trust
Ms. Tammy Bruce (Judge)
_____
Defendant(s)

Case Number: 23 CV - 118 CVE - SH

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND SUPPORTING AFFIDAVIT

I hereby move for leave to: (please check)

☒ Commence this action without prepayment of fees and costs or giving security therefor.

**Instructions.** Please complete all questions in this application and then sign it on the last page. If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

1. Are you or your spouse currently employed?   Yes ____   No _X_

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

Yourself:
Name and Address of Employer
_____
_____
_____

Your Spouse:
Name and Address of Employer
_____
_____
_____

Length of Employment
____  ____
Years  Months

Length of Employment
____  ____
Years  Months

Monthly Gross Pay $_____

Monthly Gross Pay $_____

3. If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself  02/2018 ; spouse _____

Monthly gross pay during last month of employment $ 500.00

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|---|
| | | You | Spouse | You | Spouse |
| Self-employment | Y/N N | $ | $ | $ | $ |
| Income from real property (such as rental income) | Y/N N | $ | $ | $ | $ |
| Interest and dividends | Y/N N | $ | $ | $ | $ |
| Gifts | Y/N N | $ | $ | $ | $ |
| Alimony | Y/N N | $ | $ | $ | $ |
| Child Support | Y/N N | $ | $ | $ | $ |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N N | $ | $ | $ | $ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N N | $ | $ | $ | $ |
| Unemployment payments | Y/N N | $ | $ | $ | $ |
| Public assistance payments such as welfare payments | Y/N N | $ | $ | $ | $ |
| Other sources of money (specify: _____) | Y/N N | $ | $ | $ | $ |
| TOTAL | | | $ | $ | $ |

5. State the amount of cash you and your spouse have: $ 200.00

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| Banc First | Savings | $ 5.00 | $ |
| | | $ | $ |
| | | $ | $ |

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| Home | Address: 429 Lafayette St. Bristol, PA. 19007 | Value: $ 60,000.xx<br>Amount owed on mortgages and liens: $ _____ |
| Other real estate | Address: _____ | Value: $ _____<br>Amount owed on mortgages and liens: $ _____ |
| Motor vehicle make/ | Model/Year: 2002 - GMC Yukon | Value: $ _____<br>Amount owed: $ _____ |
| Motor vehicle make/ | Model/Year: _____ | Value: $ _____<br>Amount owed: $ _____ |
| Other | Description: _____ | Value: $ _____<br>Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| _____ | $ 0 | $ _____ |
| _____ | $ 0 | $ _____ |

8. State the individuals who rely on you and your spouse for support. Indicate their relationship to you, their age, and whether they live with you.

| Name (or, if under 18, initials only) | Relationship | Age | Does this person live with you? |
|---|---|---|---|
| Eva Montero | Mother | 88 | Yes ✓  No ____ |
| _____ | _____ | ____ | Yes ____ No ____ |
| _____ | _____ | ____ | Yes ____ No ____ |
| _____ | _____ | ____ | Yes ____ No ____ |

9. Complete this question by estimating the average monthly expenses of you and your family.

Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ _____ |

Are real estate taxes included? Yes ____ No X
Is property insurance included? Yes ____ No X

|  | You | Spouse |
|---|---|---|
| Utilities: Electricity and heating fuel | $ 80.00 | $ _____ |
| Water and sewer | $ 60.00 | $ _____ |
| Telephone | $ 30.00 | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Home maintenance (Repairs and upkeep) | $ 0 | $ _____ |
| Food | $ 25. | $ _____ |
| Clothing | $ 0 | $ _____ |
| Laundry and dry cleaning | $ 0 | $ _____ |
| Medical and dental expenses | $ 0 | $ _____ |
| Transportation (not including car payments) | $ 0 | $ _____ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0 | $ _____ |
| Charitable contributions | $ 0 | $ _____ |

Insurance (not deducted from wages or included in home mortgage payments)

|  | You | Spouse |
|---|---|---|
| Homeowner's or renter's | $ 0 | $ _____ |
| Life | $ 0 | $ _____ |
| Health | $ 0 | $ _____ |
| Auto | $ 30.00 | $ _____ |
| Other _____ | $ 0 | $ _____ |

Taxes (not deducted from wages or included in home mortgage payments) (specify) _____     $ _____

Installment payments

|  | You | Spouse |
|---|---|---|
| Auto: | $ 0 | $ _____ |
| Credit Card: (name) _____ | $ 0 | $ _____ |
| Department Store: (name) _____ | $ 0 | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ | $ _____ |

Payments for support of additional dependents not living at your home

$ ∅        $ _____

Regular expenses from operation of business, profession, or farm
(attach detailed statement)                $ ∅        $ _____

Other _____        $ _____    $ _____

### TOTAL MONTHLY EXPENSES        $ 195.00   $ _____

10. Do you expect any major changes to your monthly income or expenses during the next four months?
Yes _____   No  X
   If yes, describe.

11. Have you paid an attorney any money for services in connection with this case, including the completion of this form? Yes _____   No X
   If yes, how much? $ _____
If yes, provide the name, address, and telephone number of the attorney:

_____
_____
_____

12. Have you promised to pay or do you anticipate paying an attorney any money for services in connection with this case, including the completion of this form? Yes _____   No X
If yes, how much? $ _____
If yes, provide the name, address, and telephone number of the attorney:

_____
_____
_____

13. Have you paid anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?
   Yes _____   No X
   If yes, how much? $ _____
If yes, provide the name, address, and telephone number of the person or service:

_____
_____
_____

14. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a

paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes _____ No _X_

If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

15. Please provide any other information that helps to explain why you are unable to pay the docket fees.

16. State the city and state of your legal residence: Previous: 10041 So. 91st C. Ave. Tulsa, OK. 74133

Frank Montero  -email Frankmonte251@gmail.com
429 Lafayette St.
Bristol Pennsylvania 19007

Your daytime phone number: (98) 740-9045

Your age: 66

Years of schooling: 12 - High School, (2) years College, (4) years → BIBLE COLLEGE, SEMINARY · Tulsa, Oklahoma

Last 4 digits of your social security number: 9097

I declare under penalty of perjury that the above information is true and correct.

Date: March 27, 2023        Signed: Frank Montero

Print Name: Frank Montero

email: Frankmonte251@gmail.com