UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FRANK R. MONTERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-CV-0118-CVE-SH |
| | ) | |
| TULSA AIRPORT IMPROVEMENT TRUST a/k/a T.A.I.T., CITY OF TULSA, and JUDGE TAMMY BRUCE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an opinion and order dismissing plaintiff's case for lack of subject matter jurisdiction has been entered. A judgment of dismissal of plaintiff's claims is hereby entered.

**DATED** this 31st day of March, 2023.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE