

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA



FILED
MAR 31 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Frank R. Montero,

Plaintiff,

vs. City of Tulsa, Tulsa, OK.
Tulsa Airport Improvement
Trust, et al.

Defendant.

Case No.: 4:23-cv-00118-CVE-SH

# DISCLOSURE STATEMENT

**"PARTY" DEFINED:** Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

__Frank R. Montero__
[enter name of party on the line above]

who is a (check one) ☒ PLAINTIFF  ☐ DEFENDANT  ☐ OTHER: _____

in this action, makes the following disclosures:

**INSTRUCTIONS:**
1. Determine which part(s) of the form apply:
   - Part I is applicable only in diversity cases and must be completed by all parties.
   - Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
2. Check the applicable box or boxes, and fully provide any required information.
3. Attach separate pages as necessary to fully provide required information.

## PART I

☒ This party is an individual who is a citizen of the state of __Pennsylvania__

☐ This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐ This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

> If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is a trust.

1

Disclosure Statement CV-24 (03/23)

If yes, identify each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

**PART II**

☐ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☐ This party has one or more parent entities.

    If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐ This party has one or more subsidiaries.

    If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners.

☐ Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

    If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐ This party is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐ This party is a trust.

    If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

DATED this 30th day of March, 2023

Signature: Frank R. Montero
Printed Name: Frank R. Montero
Bar Number: 429 Lafayette St.
Firm Name: Bristol, PA. 19007
(915) 740-9045

Disclosure Statement CV-24 (03/23)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

CASE NO. 4:23-cv-0018-CVE-SH

PLAINTIFF, FRANK R. MONTERO PRESENTS TO THE COURT

"DISCLOSURE STATEMENT"

*ATTACHING EXHIBIT "A" – IRREFUTABLE EVIDENCE OF STATE RESIDENCY*

- *PENNSYLVANIA MOST RECENT DRIVERS LICENSE ISSUED: 10-10-2022*
- *THE UNITED STATES PASSPORT "PENNSYLVANIA" Issued: December 06, 2022.*

PHOTO OF BOTH OF THE ABOVE EXHIBITS





| This affidavit must be signed before a notary public. |
|---|

Subscribed and sworn to before me by  Frank R Montero
this  31  Day of  March , 2023 .

Notary Public: _____

Commission expiration date

6-11-2026

(Seal)



Address: 429 Lafayette Street
City, State, Zip Code: Bristol, PA. 19007
Phone/Fax: (918) 740-9045
Email Address: Frankmonte251@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on March 31, 2023 (Date), I served the same document by

☐ U.S. Postal Service  ☒ In Person Delivery
☐ Courier Service  ☒ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature