

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23 CV- 118 CVE-SH

**FILED**
APR 03 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tammy Bruce c/o Tulsa County Courthouse Administrator Office
was received by me on *(date)* April 3rd, 2023.

☑ I personally served the summons on the individual at *(place)* 6th Floor Courthouse, 500 S. Denver Ave. Courthouse Building, Tulsa, OK. 74103 on *(date)* April 3rd, 2023; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: April 03, 2023

*Frank R Montero*
Server's signature

Frank R Montero, Plaintiff, Pro Se
Printed name and title

429 Lafayette St. Bristol, Pa. 19007
Server's address

Additional information regarding attempted service, etc: